UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS CHAD CLEMENT,

        Petitioner,         Case No. 1:10-cv-849

v.         Honorable Paul L. Maloney

BLAINE LAFLER,

        Respondent.
_____/

**ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: October 6, 2010          /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge