UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


THOMAS CHAD CLEMENT,

               Petitioner,                         Case No. 1:10-cv-849

v.                                             Honorable Paul L. Maloney

BLAINE LAFLER,

               Respondent.
_____/

## **JUDGMENT**

       In accordance with the Opinion entered this day:

       **IT IS ORDERED** that Petitioner's amended application for habeas corpus relief be

**DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails

to raise a meritorious federal claim.


Dated:  October 6, 2010                  /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         Chief United States District Judge